March 17, 1980

In the Matter of the Estate of:
Descheenie ETSITTY, a/k/a
Descheeny ETSITTY, Deceased

ORDER

Joey Greenstone, Esq., DNA, Chinle, Navajo Nation (Arizona), for Clara Curley. Henry Whitehair, Esq., Navajo Legal Aid and Defender Service, Window Rock, Navajo Nation (Arizona) for Rose Owens and Tom Tso, Esq., DNA, Window Rock, Navajo Nation (Arizona) for Marie Etsitty,

The above entitled matter having been brought before the Court of Appeals this date and it appearing to this Court, after having heard the Motion for Dismissal of Appeal submitted by counsel for the Appellees, the Court finds that it does not have jurisdiction.

It is therefore ORDERED, that this appeal be and it hereby is DISMISSED on the Court's own motion.

That the matter be remanded to the District Court at Window Rock, Navajo Nation (Arizona).